David Redkey
4625 East Acoma Drive
Phoenix, Arizona 85032
(602) 300-0756
dredkey@gmail.com
Pro Se



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID WAYNE REDKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PHOENIX UNION HIGH SCHOOL DISTRICT (AZ-4286),<br><br>    Defendant | No.<br><br>COMPLAINT   CV23-00447-PHX-MTL<br><br>(JURY TRIAL DEMANDED) |

Plaintiff, David Wayne Redkey, pro se, alleges as follows:

1.  This action is brought pursuant to Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq., as amended ("ADA").

## PARTIES

2.  Plaintiff is a citizen of the United States and a resident of Phoenix, Arizona.

3.  Defendant PHOENIX UNION HIGH SCHOOL DISTRICT (AZ-4286) is a public high school district, with its principal place of business within Phoenix, Arizona.

## JURISDICTION

4.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §§ 1331, 1343; 42 U.S.C. § 2000e-5(f)(3); and 42 U.S.C. § 12117(a) (incorporating 42 U.S.C. § 2000e-5(f)(3)); and the ADA Amendments Act (ADAAA) of 2008.

5.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## BACKBGROUND

6. Plaintiff, a male Caucasian, was in a vehicular accident on 25 January, 2007 Resulting in a left frontal lobe hemorrhagic contusion, as well as a coup-contrecoup head injury and a subarachnoid hemorrhage.

7. Based upon such injuries, Plaintiff would be identified as having a disability or being viewed as a person with a disability.

8. In May of 2016, Plaintiff graduated from Arizona State University *summa cum laude* with a Bachelor of Arts in English and a Bachelor of Arts in Communication, earned concurrently.

9. In March of 2018, Plaintiff was accepted into the Arizona Teachers Academy to study for a Master of Education in Secondary Education at the Mary Lou Fulton Teachers College.

10. Plaintiff requested to be placed at Phoenix Union High School District.

11. On or around June of 2018, Plaintiff was assigned for student teaching internship at Cesar Chavez High School under the teacher Hara Fineberg in the content area of English.

12. On or around December of 2018, Plaintiff was assigned for student teaching at Carl Hayden High School under the teacher Kristin Roberts. The University Supervisor was Victoria Robertson.

## GENERAL ALLEGATIONS

13. Plaintiff began his employment with the Phoenix Union High School District (AZ-4286) in August of 2018 as a student intern at Cesar Chavez High School.

14. Plaintiff was passed the internship assignment and did not receive any negative criticism during the student teacher internship.

- 2 -

15. On or about January of 2019, Plaintiff began the student teaching assignment at Carl Hayden High School.

16. On or about 25 February of 2019, Plaintiff vocalized concerns about Kristin Roberts stating inappropriate comments regarding his disability status.

17. On or about February of 2019, Plaintiff requested Victoria Robertson to move from Carl Hayden High School to another placement.

18. On or about March of 2019, Debbie Robinson, Director, Office of Clinical Experiences at the Mary Lou Fulton Teachers College of Arizona State University stated Cesar Chavez High School, under Hara Fineberg was the only available placement for the Plaintiff under such short notice.

19. On or around March of 2019, Victoria Robertson placed Plaintiff under a Performance Improvement Plan based upon her recommendation.

20. Upon return to Cesar Chavez High School, Plaintiff saw a reduction in training opportunities giving Plaintiff the opportunity to teach only one class instead of teaching five classes of English per day at the previous location. The class the Plaintiff was allowed to teach was the extra class of English Hara Fineberg volunteered for to receive extra compensation from Phoenix Union High School District by teaching a 6/5th Schedule.

21. On or about March of 2019, Plaintiff brought up complaints to Erica Mitchell, Executive Director, Academic Services at the Mary Lou Fulton Teachers College.

22. On or around March of 2019, Erica Mitchell requested a meeting with Plaintiff where he was informed that he could stay in the position or receive an incomplete for the course, graduate with a Masters of Education without the ability to teach, and be required to have the

Arizona Teacher's Academy loan converted to an unsubsidized loan or stay in at the current placement.

23. On or around April of 2019, Victoria Robertson failed the Plaintiff. After receiving the failing grade, Plaintiff gathered his things from Hara Fineberg's classroom and tried to find out what could be done (setting forth the bases of the allegation of improper conduct in Defendant's Response to EEOC Charge of Discrimination).

24. Plaintiff appealed the grade, but he was forced to repeat the student teaching assignment.

25. On or around September of 2019, Plaintiff successfully finished the student teaching assignment at a different school district. Because awards could not be given mid-semester, Plaintiff had to wait until December to receive Master of Education.

26. On 18 October 2019, Plaintiff received notification of successfully completing the 052 Assessment of Professional Knowledge Test for Secondary Education in 28 September 2019.

27. On or around December of 2019, Plaintiff graduated from Arizona State University with a Masters of Education in Secondary Education.

28. Throughout this time, Plaintiff had applied for multiple positions at Phoenix Union High School District, but did not receive employment or an interview.

29. On 08 September 2020, Gordon Lewis, lawyer representing Phoenix Union High School District, communicated via email how "Based on your performance with the District, you will not be hired as a teacher in Phoenix Union High School District for this academic year, or for any academic year in the future."

30. Plaintiff continued to apply for positions and to no avail.

31. On 25 June 2021, Plaintiff submitted a complaint to the EEOC Number: 540-2021- 03267.

32. The EEOC issued a Notice of Right to Sue dated February 07, 2023.

33. This lawsuit is filed within the 90 days of receiving the Notice of Right to Sue from the EEOC.

34. All conditions precedent to filing of the lawsuit have been met.

### FIRST CLAIM FOR RELIEF
### (Disability Discrimination in Violation of the ADA)

35. Plaintiff incorporates all previous allegations as though set forth fully herein.

36. Defendant discriminated against and/or harassed Plaintiff based on his disability in violation of the Americans with Disabilities Act of 1990.

37. Defendant discriminated against Plaintiff by subjecting him to different terms and conditions of employment than non-disabled employees.

38. Defendant discriminated against Plaintiff by subjecting him to discipline based on his disability, traumatic brain injury.

39. Defendant subjected Plaintiff to discrimination by targeting him for termination and terminating his employment based on his disability status, traumatic brain injury.

40. Defendant's actions were intentional, deliberate, willful, malicious, and conducted with reckless disregard of Plaintiff's rights.

41. As a result of Defendant's conduct, Plaintiff has suffered and continues to suffer to suffer lost income, lost fringe benefits, mental anguish, emotional distress, pain and suffering, humiliation, inconvenience, harm to reputation and loss of enjoyment of life.

## SECOND CLAIM FOR RELIEF
**(Retaliation in Violation of the ADA)**

42. Plaintiff incorporates by reference all previous allegations as though set forth fully herein.

43. Defendant retaliated against and/or harassed Plaintiff based on his protected activity, including his internal inquiries of disability discrimination in violation of the Americans with Disabilities Act of 1990.

44. Defendant retaliated against Plaintiff by terminating him on the basis of his engagement in a protected activity.

45. Defendant's actions were intentional, deliberate, willful, malicious, and conducted with reckless disregard of Plaintiff's rights.

46. As a result of Defendant's conduct, Plaintiff suffered and continues to suffer lost income, lost fringe benefits, mental anguish, emotional distress, pain and suffering, humiliation, inconvenience, harm to reputation and loss of enjoyment of life.

47. Defendant retaliated against Plaintiff by subjecting him to different terms and conditions of employment on the basis of his protected activity.

48. Defendant retaliated against Plaintiff by subjecting him to discipline based on his Protected activity.

49. Defendant subjected Plaintiff to retaliation by terminating his employment based on his protected activity.

50. As a result of Defendant's conduct, Plaintiff has suffered and continues to suffer from lost income, lost fringe benefits, mental anguish, emotional distress, pain and suffering, humiliation, inconvenience, harm to reputation and loss of enjoyment of life.

WHEREFORE, Plaintiff, requests judgement against the Defendant as follows:

A. For an award of economic damages, including lost pay with pre-judgement interest, in an amount sufficient to make Plaintiff whole for past and future lost income and benefits and other economic losses suffered by Plaintiff from Defendant's conduct;

B. For an award of compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including job search expenses, in amounts to be determined at trial;

C. For an award of compensatory damages for mental anguish, emotional distress, pain and suffering, humiliation, inconvenience, harm to reputation, loss of enjoyment of life and other losses incurred by Plaintiff as a result of Defendants' conduct;

D. For an award of Plaintiff's costs of suit incurred herein;

E. For reinstatement and restoration of employment;

F. For an award such other relief as the Court may deem just and proper.

### JURY TRIAL DEMANDED

Plaintiff demands a jury trial on all claims and issues set forth herein.


DATED this 14th day of Month, 2023

_____
Plaintiff

-7-

 Gmail

David Redkey &lt;dredkey@gmail.com&gt;

## Stephanie McCollum initial case work plan

**Stephanie McCollum** &lt;stephanie@fmsarizona.com&gt;   Thu, Feb 16, 2023 at 7:30 PM
To: David Redkey &lt;dredkey@gmail.com&gt;
Cc: Taylor Galas &lt;taylor@fmsarizona.com&gt;

Hello David,

As you know, I have been appointed as your successor conservator. I would like to outline some things that I must do as your conservator so you may understand my objectives and work plan.

1. All invoices must be sent to my office in order to be paid. I will attempt to change the address on all of your utilities so those invoices will come directly to my office for payment.

2. If you do want me to pay something that is not addressed to my office or if it is something that you would like me to pay for you, I would need to have that at least 10 working days before payment is due.

3. I need you to send me a list of your expenses so I may establish a budget for your monthly allotment. In other words, tell me what you use that money for every month and I will create a budget to submit to the court as required.

4. I will be running a credit report as directed by the court. If you have any credit cards or debts I am going to need to understand what they are.

5. I will be taking a look at the existing financial investment account and determining how I want to manage those funds going forward. I will seek court approval on any investment strategy I decide is best.

6. I would also like to request that all communication be made via email. If you have an emergency you can call my office directly.

7. Going forward I will be giving you a True Link spending card for your monthly allotment. You may use that card like a credit card. I can explain more about the need for that card once you receive it.

8. I would need to complete your taxes for 2022. Please forward any 1099's you may receive.

9. I would need to come and take photos of your vehicles and properties in order to have a record and inventory of your Conservatorship assets. Please give me some dates when those pictures could be taken.

10. If you do have a bank account, please give me that information so I can insure that reimbursable expenses can be deposited into that account.

11.. If you do have a medical expense, please send me that receipt so I can reimburse those funds to you.

I will need to also have an idea of how you and your wife manage your finances. Do you have a joint checking account with her? Do you pay joint expenses from those funds? Please let me know what has been working for you.

Stephanie McCollum, Licensed Fiduciary #20560
Fiduciary Management Specialists, LLC
2824 North Power Road, #113-276
Mesa, AZ  85215

623-777-3820  office
480-830-1932  fax

 Gmail

David Redkey <dredkey@gmail.com>

## 3 Days Late & Your intentional refusal to Pay Car Insurance Bill

**Stephanie McCollum** <stephanie@fmsarizona.com>　　　　　　　　　　Fri, Mar 3, 2023 at 7:30 AM
To: David Redkey <dredkey@gmail.com>

I have authorized the prior conservator to give you the $1,500 and to make payment on the bills. The transfer of the investment account should be accomplished by the end of this month. We should be able to handle everything by April 1. Thank you for your patience in this transition.

On Fri, Mar 3, 2023, 7:18 AM David Redkey <dredkey@gmail.com> wrote:
> Dear Stephanie,
>
> I am still awaiting for payment and bills.
>
> Please advise.
>
> Sincerely,
> David Redkey
> *typed on my cellphone
> (excuse any errors)